**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| VICTOR & VICTOR, APC, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CIVIL ACTION NO. |
| EDWARD L. CAIN, JR. and | :   1:11-CV-00257-RWS |
| ANNA KRISTEN WILLIAMSON, | : |
| | : |
|     Defendants. | : |
| | : |

**<u>ORDER</u>**

This case comes before the Court on Defendant Edward L. Cain, Jr.'s ("Cain") Motion to Stay Proceedings [76], Defendants Cain and Anna Kristen Williamson's ("Williamson") Motion to Amend the Judgment [77], and Plaintiff Victor & Victor, APC's ("Victor & Victor") Motion to Direct Clerk to Issue Funds to Third Party [82]. After reviewing the record, the Court enters the following Order.

Defendant Cain moves the Court to stay this proceeding pursuant to 11 U.S.C. § 362(a), based on his filing of a bankruptcy case in the United States Bankruptcy Court, Northern District of Georgia. (<u>See generally</u> Dkt. [76].) Pursuant to the automatic stay provisions of 11 U.S.C. § 362(a), Defendant

Cain's Motion to Stay Proceedings [76] is **GRANTED**.  Upon resolution of the bankruptcy proceedings, any party may move to lift the stay.  In light of the foregoing ruling, Defendants Cain and Williamson's Motion to Amend the Judgment [77] and Plaintiff Victor & Victor's Motion to Direct Clerk to Issue Funds to Third Party [82] are **DENIED without prejudice**.

  **SO ORDERED**, this   2nd   day of July, 2013.

              _____
              **RICHARD W. STORY**
              United States District Judge

AO 72A
(Rev.8/82)